Commonwealth ex rel. Bandi, Appellant, *v.* Ashe.

Argued March 26, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

236

*Edward T. Tait,* with him *Kountz, Fry & Meyer,* for appellant.

*Owen B. McManus,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, April 17, 1951:
Order affirmed on the able opinion of President Judge PATTERSON of the learned court below.